IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FREDERICK BUCHANAN,  :
AIS 235878,
                    :
    Petitioner,
                    :
vs.                                    CA 07-0132-KD-C
                    :
KENNETH JONES,
                    :
    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 4, 2007, is **ADOPTED** as the opinion of this Court.

**DONE** this 28th day of September, 2007.

 s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**